ORIGINAL

FILED
2010 FEB -4 PM 3:48
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: | ) | Case No. 09-11720(H) |
| | ) | |
| BONNIE R. KANNER, | ) | Chapter 7 |
| | ) | |
| | ) | # 149766 |
| Debtor(s) | ) | Judge: ARTHUR I. HARRIS |

### TRANSMITTAL OF UNCLAIMED FUNDS

Richard A. Baumgart, trustee of this estate, reports the following:

1. Ninety days have passed since final distribution was made in this case. A stop payment has been issued on all checks remaining unpaid. The names of the persons to whom such unnegotiated checks were issued, the amount of such check and their last known addresses are:

| | | |
|---|---|---|
| Claim No. 6 | PRA Receivables Management, LLC<br>As Agent of Portfolio Recovery Assocs.<br>P.O. Box 12914<br>Norfolk, VA 23541 | $107.74 |
| Claim No. 7 | PRA Receivables Management, LLC<br>(Same as above) | $281.62 |
| Claim No. 8 | PRA Receivables Management, LLC<br>(Same as above) | $ 43.29 |
| Claim No. 9 | PRA Receivables Management, LLC<br>(Same as above) | $206.71 |

2. Your trustee's check for $639.36 payable to the Clerk of the United States Bankruptcy Court is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: January 27, 2010

_____
Richard A. Baumgart, Trustee

cc: United States Trustee

UNCLAIMED FUNDS

2398887

PAY TO THE ORDER OF
CLERK, U S BANKRUPTCY COURT
HOWARD M. METZENBAUM U.S. COURT HOUSE
201 SUPERIOR AVENUE
CLEVELAND, OH 44114

⑈000118⑈ ⑆041000125⑆ 443724047 ⑈

BANK OF AMERICA, N.A.

RICHARD A. BAUMGART, TR IN BCY
1801 EAST NINTH STREET, #1100
CLEVELAND, OH 44114-3169

32-1/1110 TX
0

CASE NUMBER  ESTATE OF
09-11720   AIH   Debtor: KANNER, BONNIE R

DATE  01/27/10

AMOUNT  **********639.36

CHECK NUMBER  118

Six Hundred Thirty Nine Dollars And 36/100

Richard Baumgart
RECEIVER/TRUSTEE/DEBTOR IN POSSESSION/ASSIGNEE
THIS CHECK VOID AFTER 90 DAYS